UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

IN RE:  CHAPTER 13
 CASE NO. 11-40627

BRADLEY W. FARMER
APRIL D. FARMER

    DEBTORS

_____

## MOTION TO AMEND ORDER OF CONFIRMATION
_____

Come the Debtors, by counsel, and move the Court for an order amending the Order of Confirmation to:

1. Pay Claim No. 22 of Daviess County Attorney's Office as secured in the amount of $3,506.06; and

2. Pay the arrearage shown on Claim No. 25 of Republic Bank & Trust as secured in the amount of $2,048.90.

This 11th day of October, 2011.

                                              /s/   Russ Wilkey
                                              Russ Wilkey
                                              WILKEY & WILSON P.S.C.
                                              111 West Second Street
                                              Owensboro KY 42303
                                              (270) 685-6000

<u>Certificate of Service</u>

I hereby certify the foregoing has been filed electronically with the U S Bankruptcy Court this 11th day of October, 2011, and a copy furnished electronically to:

Hon. William Lawrence
200 South Seventh St., Suite 310

-1-

Louisville Ky 40202

Daviess County Attorney's Office
P O Box 158
Owensboro KY 42302

Republic Bank & Trust
c/o Eric Mann
661 Hurstbourne Parkway
Louisville KY 40222

    /s/_____ Russ Wilkey
    Russ Wilkey