**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

IN RE:                                                                  CHAPTER 13
                                                                      CASE NO. 11-40627

BRADLEY W. FARMER
APRIL D. FARMER

       DEBTORS

___

**ORDER AMENDING ORDER OF CONFIRMATION**
___

Debtor's motion having been considered, and the Court being otherwise sufficiently advised, it is hereby

ORDERED the Order of Confirmation is hereby amended to:

1. Pay Claim No. 22 of Daviess County Attorney's Office as secured in the amount of $3,506.06; and

2. Pay the arrearage shown on Claim No. 25 of Republic Bank & Trust as secured in the amount of $2,048.90.

PREPARED BY:

/s/  Russ Wilkey_____
Russ Wilkey
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro KY 42303
(270) 685-6000